**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

United States of America,
Plaintiff,
v.
Manilo Manuel Gutierrez-Vazquez,
Defendant.

CR 26-04589-TUC-AMM-LLP

**ORDER**

A judge has a duty to disqualify herself for the reasons specified in 28 U.S.C. § 455(b). She shall also disqualify herself to avoid the appearance of impropriety or if her impartiality could be reasonably questioned, whether or not such impartiality actually exists. 28 U.S.C. § 455(a). *See also Code of Conduct for United States Judges*, Canons 2 and 3. The Court has reviewed this case file and finds that it is advisable to recuse itself, pursuant to 28 U.S.C. § 455.

Accordingly,

**IT IS ORDERED** that this case has been randomly reassigned to the Honorable Rosemary Marquez. The parties are advised that all future case filings must bear the following case number: **CR 26-04589-TUC-RM-LLP.**

Dated this 8th day of September, 2026.

Honorable Angela M. Martinez
United States Magistrate Judge